IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>MERWYN L. LEVERING,<br><br>             Defendant. | 8:04CR178<br><br>ORDER |

Pursuant to the Judgment of the Eighth Circuit Court of Appeals reversing and remanding this case to the district court for resentencing pursuant to *United States v. Booker,* 125 S. Ct. 738 (2005),

IT IS ORDERED:

1. That resentencing of the defendant is scheduled before the undersigned on **October 16, 2006, at 10:30 a.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant must be present for this hearing.

**2. The U.S. Marshal's Office is directed to return the defendant to this district for the above hearing.**

DATED this 14th day of July, 2006.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge