IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR178 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MERWYN L. LEVERING, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum and Order [127] filed on May 13, 2016, the defendant shall be returned to the District of Nebraska for re-sentencing.

IT IS ORDERED that:

1.  A re-sentencing  hearing is scheduled before the undersigned on **June 13, 2016, at 10:00 a.m.**  in Courtroom No. 2, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska;

2**. The United States Marshal is directed to return the defendant to the district;** and

3. The Clerk of the Court shall serve a copy of this order to counsel for the government, the Federal Public Defender and the US Marshal.

DATED May 17, 2016.

BY THE COURT:


s/ Laurie Smith Camp
LAURIE SMITH CAMP
Chief United States District Judge